(130 So. 318)

Calvin SIMS v. STATE.

8 Div. 229.

Supreme Court of Alabama.

Oct. 16, 1930.

Joe Starnes, of Guntersville, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM.

Petition of Calvin Sims for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Sims v. State, 130 So. 317.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.